PEOPLE v. TWYMON

Appeal from Recorder's Court for the City of Detroit, George W. Crockett, Jr., J. Submitted Division 1 February 9, 1971, at Detroit. (Docket No. 10096.) Decided April 29, 1971.

Frank H. Twymon was convicted, on his plea of guilty, of manslaughter. Defendant appeals. Motion to affirm granted.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Gerard A. Poehlman,* Assistant Prosecuting Attorney, for the people.

*Gerald M. Lorence,* for defendant on appeal.

Before: J. H. Gillis, P. J., and Levin and O'Hara,* JJ.

Per Curiam. The defendant, Frank H. Twymon, and two codefendants were charged with first-degree murder in that they caused the death of the victim while attempting to rob him. Each of the defend-

---

* Former Supreme Court Justice, sitting on the Court of Appeals by assignment pursuant to Const 1963, art 6, § 23 as amended in 1968.

ants pled guilty to the reduced charge of manslaughter.

Twymon appeals contending that he did not understand the nature of the charge to which he was pleading. The people have moved to affirm.

The judge extensively examined the defendant in order to establish whether a crime had been committed and whether the defendant had participated in its commission. See *People* v. *Barrows* (1959), 358 Mich 267. The necessary factual basis was established. The defendant said that he and his codefendants had gone to the victim's home with the intention of robbing him of narcotics. A scuffle broke out and the defendant grabbed a gun from the victim and shot him. The trial judge did not err in accepting a plea of guilty to the reduced charge of manslaughter. See *People* v. *Sylvester Johnson* (1970), 25 Mich App 258; *People* v. *Hinton* (1970), 27 Mich App 186.

The motion to affirm Twymon's conviction is granted. The question presented is so insubstantial as to need no argument or formal submission.